**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **RAHSHJEEM BENSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No.** |
| ) | **25-12857-FDS** |
| ) | |
| **SERGEANT GRAY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

**SAYLOR, D.J.**

In this action under 42 U.S.C. § 1983, Rahshjeem Benson, a federal prisoner proceeding *pro se*, alleges that on March 19, 2019, six Boston Police officers used excessive force against him. On April 8, 2026, the court entered an order directing Plaintiff to show cause why this action should not be dismissed as time-barred. The court stated that failure to do so by May 6, 2026 would result in dismissal of this action.

The deadline for responding to the Court's March 19, 2019 order has lapsed without any response from Plaintiff. Accordingly, the court orders that this action be DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1) for failure to state a claim upon which relief may be granted because Plaintiff's claims are barred by the applicable three-year statute of limitations.

**So ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Dated: May 13, 2026                    United States District Judge